PER CURIAM.

(No. 75-CC-27—

UNION OIL COMPANY OF CALIFORNIA, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed May 13, 1975.*

UNION OIL COMPANY OF CALIFORNIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-34—

SHERATON-JOLIET MOTOR INN, Claimant, *vs.* STATE OF ILLINOIS. LIEUTENANT GOVERNOR'S OFFICE, Respondent.

*Opinion filed May 13, 1975.*

SHERATON-JOLIET MOTOR INN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.